



# MEMORANDUM OPINION

No. 04-11-00421-CV

**THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO**,
Appellant

v.

Aaron **WEED** and Vicky Weed, Individually and as Next Friends of Kaitlyn Weed, a Minor,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-01932
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  September 21, 2011

DISMISSED

      The parties have filed a joint motion to dismiss the appeal. Their motion states that appellees have agreed to nonsuit with prejudice all claims against appellant. The parties have moved this court to tax costs against the party that incurred them and dismiss the appeal. The joint motion is granted and this appeal is hereby dismissed. *See* TEX. R. APP. P. 42.1(a)(2). In

accordance with the agreement, costs of this appeal are taxed against the party that incurred them. *See id.* 42.1(d).

PER CURIAM